IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACLYN R. JURACH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-044 |
| | § | |
| SAFETY VISION, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 17, 2014, Safety Vision, LLC moved for summary judgment. On July 26, 2014, Jaclyn R. Jurach responded. Safety Vision's reply is due on August 8, 2014.

The September 26, 2014 docket call is reset as a motion hearing. The parties will argue the motion on September 26, 2014, at 2:00 p.m. in Courtroom 11-B. The court will reset the docket call, if necessary, after its summary-judgment ruling.

SIGNED on August 6, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge