# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JACLYN R. JURACH, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-044 |
| § | |
| SAFETY VISION, LLC, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. This is a final judgment.

SIGNED on December 12, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge